Robert S. Coldren, Esq., Bar No. 81710
C. William Dahlin, Esq., Bar No. 91269
Mark D. Alpert, Esq., Bar No. 138152
HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 Sandpointe, Fourth Floor
Santa Ana, California 92707
Telephone: (714) 432-8700
Facsimile: (714) 546-7457

Attorneys for Plaintiff Surf and Sand, LLC

FILED
E-FILING  A 10: 44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SURF AND SAND, LLC, a California Limited Liability Company,

   Plaintiff,

v.

CITY OF CAPITOLA; and DOES 1 through 100, inclusive,

   Defendants.

Case No.: C07 05043 RS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

[L.R. 3-16(b)]

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL HEREIN:

PLEASE TAKE NOTICE that the undersigned counsel of record for Plaintiff, Surf and Sand, LLC ("Surf and Sand") hereby certifies to this Court pursuant to Local Rule 3-16(b) that other than the parties named herein, neither plaintiff nor its counsel are aware of any other interested parties to this litigation. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

///

38019.004/2

1

COMPLAINT

Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: September 26, 2007

HART, KING & COLDREN

By: *[signature]*
Robert S. Coldren
C. William Dahlin
Mark D. Alpert
Attorneys for Plaintiff Surf and Sand, LLC