Henry E. Heater (State Bar #99007)
Donald R. Lincoln (State Bar #41672)
Linda B. Reich (State Bar #87619)
Endeman, Lincoln, Turek & Heater LLP
600 "B" Street, Suite 2400
San Diego, California 92101-4508
(619) 544-0123
Fax (619) 544-9110

John G. Barisone (State Bar #087831)
City Attorney, City of Capitola
Atchison, Barisone, Condotti & Kovacevich
333 Church Street
Santa Cruz, California 95060-3811
(831) 423-8383
Fax (831) 423-9401

Attorneys For Defendant
City of Capitola

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF AND SAND, LLC, a California Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>CITY OF CAPITOLA, and DOES 1 through 10, Inclusive<br><br>　　　　　Defendants. | CASE NO. C07 05043<br><br>Judge: Richard Seeborg<br><br>**E-FILING**<br><br><br>COURTROOM: 3, 5th Floor<br>ACTION FILED: 10/01/07 |

**STIPULATION EXTENDING TIME FOR DEFENDANT CITY OF CAPITOLA TO FILE ITS RESPONSE TO THE COMPLAINT**

I:\1280.010\Pleadings\001 Stipulation Extending Time.wpd

1   IT IS HEREBY STIPULATED between the parties through their counsel as
2   follows:
3   1. On October 1, 2007, the Complaint in this action was filed and served.
4   2. City's response is currently due on or before October 23, 2007.
5   3. The parties hereby stipulate, that City shall have a twenty-day extension of
6   time, up to and including November 11, 2007, to file its response to Plaintiff's Complaint.

Respectfully Submitted,

Dated: 10/15, 2007

Henry E. Heater
Donald R. Lincoln
Linda B. Reich
Endeman, Lincoln, Turek & Heater LLP

John G. Barisone
City Attorney, City of Capitola
Atchison, Barisone, Condotti & Kovacevich

By: _Linda B. Reich_
Linda B. Reich
Attorneys for Defendant City of Capitola

Dated: 10/15, 2007

Robert Coldren
C. William Dahlin
Mark Alpert
Hart, King, & Coldren

By: _Mark Alpert_
Mark Alpert
Attorneys for Plaintiff Surf and Sand, LLC

I:\1280.010\Pleadings\001 Stipulation Extending Time.wpd

STIPULATION EXTENDING TIME FOR
DEFENDANT TO FILE ITS RESPONSE TO THE COMPLAINT
-1-

C07 05043 RS