1  Robert S. Coldren, Esq., Bar No. 81710
   Mark D. Alpert, Esq., Bar No. 138152
2  Beau M. Chung, Esq., Bar No. 240451
   HART, KING & COLDREN
3  A PROFESSIONAL LAW CORPORATION
   200 Sandpointe, Fourth Floor
4  Santa Ana, California 92707
   Telephone:  (714) 432-8700
5  Facsimile:   (714) 546-7457

6  Attorneys for Plaintiff,
   SURF AND SAND, LLC

7

8                UNITED STATES DISTRICT COURT OF CALIFORNIA

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | SURF AND SAND, LLC, a California        ) | Case No.: C07 05043 RS
   | Limited Liability Company,              )
12 |                                         ) | Judge:   Hon. Richard Seeborg
   |            Plaintiff,                   ) | Dept.:   Ctrm. 4
13 |                                         )
14 |     v.                                  ) | **E-FILING**
   |                                         )
15 | CITY OF CAPITOLA; and DOES 1            ) | **PROOF OF SERVICE OF SUMMONS,**
   | through 100, inclusive,                 ) | **COMPLAINT, ETC.**
16 |                                         )
   |            Defendants.                  )
17 |                                         ) | Complaint Filed: October 1, 2007
   |                                         ) | Trial Date:      None Set
18

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

---

38019.004/6

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| ROBERT S. COLDREN, ESQ., Bar #81710<br>HART, KING & COLDREN<br>200 E. SANDPOINTE AVENUE<br>4TH FLOOR<br>SANTA ANA, CA 92707 | | |
| Telephone No: 714-432-8700    FAX No: 714-546-7457 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Northern District Of California

Plaintiff: SURF AND SAND, LLC
Defendant: CITY OF CAPITOLA

| **PROOF OF SERVICE**<br>**Summons & Complaint-Civil** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07 05043 RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [ L.R. 3-16(b)]; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION - DIVISION RULES; ECF REGISTRATION INFORMATION HANDOUT; ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE; STIPULATION AND [ PROPOSED] ORDER SELECTING ADR PROCESS

3. a. Party served:           CITY OF CAPITOLA
   b. Person served:         Pat Evans, Deputy City Clerk, authorized to accept service of process - served under F.R.C.P. RULE 4

4. Address where the party was served:    420 Capitola Avenue
                                          CAPITOLA, CA 95010

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Oct. 01, 2007 (2) at: 1:31PM

7. *Person Who Served Papers:*                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TONY TRAN                               d. *The Fee for Service was:*
                                              e. I am: Not a Registered California Process Server

**First Legal Support Services**
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Oct. 17, 2007

Judicial Council Form                    PROOF OF SERVICE                       (TONY TRAN)
Rule 982.9.(a)&(b) Rev January 1, 2007   Summons & Complaint-Civ              1790629;lg.robco.92293