UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SURF AND SAND, LLC, a California Limited Liability Company,

    Plaintiff(s),

v.

City of Capitola; and DOES 1 - 10, inclusive

    Defendant(s).

No. C 07 05043

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 13, 2007

Hart, King & Coldren

By _____
Signature    Mark D. Alpert

Counsel for   Plaintiff, Surf and Sand, LLC
(Plaintiff, Defendant or indicate "pro se")