Henry E. Heater (State Bar #99007)
Donald R. Lincoln (State Bar #41672)
Linda B. Reich (State Bar #87619)
Endeman, Lincoln, Turek & Heater LLP
600 "B" Street, Suite 2400
San Diego, California 92101-4508
(619) 544-0123
Fax (619) 544-9110

John G. Barisone (State Bar #087831)
City Attorney, City of Capitola
Atchison, Barisone, Condotti & Kovacevich
333 Church Street
Santa Cruz, California 95060-3811
(831) 423-8383
Fax (831) 423-9401

Attorneys For Defendant
City of Capitola

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF AND SAND, LLC, a California Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>CITY OF CAPITOLA, and DOES 1 through 10, Inclusive<br><br>　　　　Defendants. | CASE NO. C07 05043<br><br>Judge: Richard Seeborg<br><br>**E-FILING**<br><br>COURTROOM: 3, 5th Floor<br>ACTION FILED: 10/01/07 |

**DEFENDANT'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

1     DEFENDANT CITY OF CAPITOLA hereby consents to have this action proceed before United States Magistrate Judge Seeborg.

Respectfully Submitted,

Dated: 14 Nov., 2007

Henry E. Heater
Donald R. Lincoln
Linda B. Reich
Endeman, Lincoln, Turek & Heater LLP

John G. Barisone
City Attorney, City of Capitola
Atchison, Barisone, Condotti & Kovacevich

By: /s/ Linda B. Reich
Linda B. Reich
Attorneys for Defendant City of Capitola