# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Richard Seeborg, Presiding**

Courtroom 4 - 5th Floor

## Civil Minute Order

Date: December 19, 2007                                                    Time in Court: 40 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

---

**TITLE:** Surf and Sand LLC v. City of Capitola
**CASE NUMBER**: C07-05043RS
Plaintiff Attorney present: Mark Alpert
Defendant Attorney present: Henry Keater

---

**PROCEEDINGS: Defendant's Motion to Dismiss**


Counsel present arguments.  Matter is taken under submission.  Court to issue written ruling.