**United States District Court**
For the Northern District of California

***E-FILED***
**January 7, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF AND SAND LLC, | No. C 07-05043 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| CITY OF CAPITOLA, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for January 23, 2008 at 2:30 p.m. has been continued to **March 19, 2008 at 2:30 p.m.** The Case Management Conference will be conducted telephonically. No later than March 14, 2008, the parties shall contact Court Conference at 866/582-6878 to arrange participation by telephone.

Dated: January 7, 2008

For the Court,
RICHARD W. WEIKING, Clerk

By:  /s/ Martha Parker Brown
       Courtroom Deputy Clerk

1 **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2 Mark D. Alpert     marka@hkclaw.com

3 Robert S. Coldren     rcoldren@hkclaw.com

4 C. William Dahlin     billd@hkclaw.com

5 Henry E. Heater     hheater@elthlaw.com, slinn@elthlaw.com

6 Linda B. Reich     lreich@elthlaw.com, msnider@elthlaw.com