Robert S. Coldren, Esq., Bar No. 81710
C. William Dahlin, Esq., Bar No. 91269
Mark D. Alpert, Esq., Bar No. 138152
Beau M. Chung, Esq., Bar No. 240451
HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 Sandpointe, Fourth Floor
Santa Ana, California 92707
Telephone: (714) 432-8700
Facsimile:  (714) 546-7457

Attorneys for Plaintiff Surf and Sand, LLC

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF AND SAND, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CAPITOLA; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 07 05043 RS<br><br>Judge:   Hon. Richard Seeborg<br>Dept.:   Ctrm. 4<br><br>**E-FILING**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 16.2(d)-(e)** |

   IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties to request a continuance of the Case Management Conference, which is presently scheduled for March 19, 2008, for approximately four (4) months. The Parties request a continuance of the Case Management Conference until July 16, 2008, at 2:30 p.m. The parties adequately met and conferred and agreed that a continuance would be necessary. Plaintiff filed its first amended complaint on March 4, 2008. The case would not be "at issue" if the Case Management Conference proceeds as scheduled. A continuance of the Case Management Conference would permit Defendant to respond to the amended

1  complaint and for the Court to determine any applicable motions prior to the Case
2  Management Conference.

3  Dated: March 10, 2008          HART, KING & COLDREN

4
5                                 By: _____
                                      Robert S. Coldren
                                      C. William Dahlin
6                                     Mark D. Alpert
                                      Beau M. Chung
7                                     Attorneys for Plaintiff Surf and Sand, LLC

8
9  Dated: March 7, 2008           ENDEMAN, LINCOLN, TUREK & HEATER,
10                                LLP

11
                                  By: _____
12                                    Henry E. Heater
                                      Linda B. Reich
13                                    Attorneys for Defendant City of Capitola

14

15                                ORDER

16

17 PURSUANT TO STIPULATION IT IS SO ORDERED.

18

19
                                  _____
20                                The Hon. Richard Seeborg
                                  Magistrate Judge, U.S. District Court of the
                                  Northern District of California
21

2

38019.004/4811-5596-5698v.1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE