```
 1  Robert S. Coldren, Esq., Bar No. 81710
    C. William Dahlin, Esq., Bar No. 91269
 2  Mark D. Alpert, Esq., Bar No. 138152              *E-FILED 3/10/08*
    Beau M. Chung, Esq., Bar No. 240451
 3  HART, KING & COLDREN
    A PROFESSIONAL LAW CORPORATION
 4  200 Sandpointe, Fourth Floor
    Santa Ana, California 92707
 5  Telephone: (714) 432-8700
    Facsimile:  (714) 546-7457
 6
    Attorneys for Plaintiff Surf and Sand, LLC
 7
```

## UNITED STATES DISTRICT COURT OF CALIFORNIA

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF AND SAND, LLC, a California Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF CAPITOLA; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 07 05043 RS<br><br>Judge:　Hon. Richard Seeborg<br>Dept.:　Ctrm. 4<br><br>**E-FILING**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE PURSUANT TO LOCAL RULE 16.2(d)-(e)** |

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties to request a continuance of the Case Management Conference, which is presently scheduled for March 19, 2008, for approximately four (4) months. The Parties request a continuance of the Case Management Conference until July 16, 2008, at 2:30 p.m. The parties adequately met and conferred and agreed that a continuance would be necessary. Plaintiff filed its first amended complaint on March 4, 2008. The case would not be "at issue" if the Case Management Conference proceeds as scheduled. A continuance of the Case Management Conference would permit Defendant to respond to the amended

complaint and for the Court to determine any applicable motions prior to the Case Management Conference.

Dated: March 10, 2008

HART, KING & COLDREN

By: _____
Robert S. Coldren
C. William Dahlin
Mark D. Alpert
Beau M. Chung
Attorneys for Plaintiff Surf and Sand, LLC

Dated: March 7, 2008

ENDEMAN, LINCOLN, TUREK & HEATER, LLP

By: _____
Henry E. Heater
Linda B. Reich
Attorneys for Defendant City of Capitola

ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: 3/10/08

_____
The Hon. Richard Seeborg
Magistrate Judge, U.S. District Court of the Northern District of California