1   Henry E. Heater (State Bar #99007)
    Donald R. Lincoln (State Bar #41672)
2   Linda B. Reich (State Bar #87619)
    Endeman, Lincoln, Turek & Heater LLP
3   600 "B" Street, Suite 2400
    San Diego, California 92101-4508
4   (619) 544-0123
    Fax (619) 544-9110
5
    John G. Barisone (State Bar #087831)
6   City Attorney, City of Capitola
    Atchison, Barisone, Condotti & Kovacevich
7   333 Church Street
    Santa Cruz, California 95060-3811
8   (831) 423-8383
    Fax (831) 423-9401
9
    Attorneys For Defendant
10  City of Capitola

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13  SURF AND SAND, LLC, a            )   CASE NO. C07 05043
    California Limited Liability     )
14  Company,                         )
                                     )   Judge: Richard Seeborg
15              Plaintiff,           )
                                     )
16  CITY OF CAPITOLA, and DOES 1     )   E-FILING
    through 10, Inclusive            )
17                                   )
                Defendants.          )
18                                   )
                                     )   COURTROOM: 3, 5th Floor
19                                   )   ACTION FILED: 10/01/07
                                     )
20

21

22

23  STIPULATION EXTENDING TIME FOR DEFENDANT CITY OF CAPITOLA
    TO FILE ITS RESPONSE TO THE FIRST AMENDED COMPLAINT
24

25

26

27

28  I:\1280.010\Pleadings\008 Stip Ext Time to File Resp to FAC .wpd
─────────────────────────────────────────────────────────────
    STIPULATION EXTENDING TIME FOR DEFENDANT CITY OF CAPITOLA
    TO FILE ITS RESPONSE TO THE FIRST AMENDED COMPLAINT
                                              C07 05043 RS

1    IT IS HEREBY STIPULATED between the parties through their counsel as

2  follows:

3        1.        On March 4, 2008, the First Amended Complaint in this action was filed

4  and served.

5        2.        City's response is currently due on or before March 17, 2008.

6        3.        The parties hereby stipulate, that City shall have a two week extension of

7  time, up to and including March 31, 2008, to file its response to Plaintiff's First Amended

8  Complaint.

9                                                  Respectfully Submitted,

10  Dated: March 🗲, 2008                         Henry E. Heater
                                                   Donald R. Lincoln
11                                                 Linda B. Reich
                                                   ENDEMAN, LINCOLN, TUREK & HEATER LLP
12
                                                   John G. Barisone
13                                                 City Attorney, City of Capitola
                                                   ATCHISON, BARISONE, CONDOTTI &
14                                                 KOVACEVICH

15

16                                                 By: _____
                                                        Linda B. Reich
17                                                      Attorneys for Defendant City of
                                                        Capitola
18

19
    Dated: March 12, 2008                          Robert Coldren
20                                                 C. William Dahlin
                                                   Mark Alpert
21                                                 HART, KING, & COLDREN

22

23                                                 By: _____
                                                        Mark Alpert
24                                                      Attorneys for Plaintiff Surf and Sand, LLC

25

26

27

28  I:\1280.010\Pleadings\008 Stip Ext Time to File Resp to FAC.wpd
    ──────────────────────────────────────────────────────────
    STIPULATION EXTENDING TIME FOR DEFENDANT CITY OF CAPITOLA
    TO FILE ITS RESPONSE TO THE FIRST AMENDED COMPLAINT
                                    -1-                              C07 05043 RS