1  Henry E. Heater (State Bar #99007)
   Donald R. Lincoln (State Bar #41672)
2  Linda B. Reich (State Bar #87619)
   Endeman, Lincoln, Turek & Heater LLP
3  600 "B" Street, Suite 2400
   San Diego, California 92101-4508
4  (619) 544-0123
   Fax (619) 544-9110
5
   John G. Barisone (State Bar #087831)
6  City Attorney, City of Capitola
   Atchison, Barisone, Condotti & Kovacevich
7  333 Church Street
   Santa Cruz, California  95060-3811
8  (831) 423-8383
   Fax (831) 423-9401
9
   Attorneys For Defendant
10 City of Capitola

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 SURF AND SAND, LLC, a          )  CASE NO. C07 05043
   California Limited Liability   )
14 Company,                       )
                                  )  Judge: Richard Seeborg
15            Plaintiff,          )
                                  )
16 CITY OF CAPITOLA, and DOES 1   )  E-FILING
   through 10, Inclusive          )
17                                )
              Defendants.         )
18                                )
                                  )  COURTROOM: 3, 5th Floor
19                                )  ACTION FILED: 10/01/07
                                  )
20

21

22

23 STIPULATION EXTENDING TIME FOR DEFENDANT CITY OF CAPITOLA
      TO FILE ITS RESPONSE TO THE FIRST AMENDED COMPLAINT
24

25

26

27

28 I:\1280.010\Pleadings\009 Stip Ext Time to File Resp to FAC .wpd

1    IT IS HEREBY STIPULATED between the parties through their counsel as

2  follows:

3    1.    On March 4, 2008, the First Amended Complaint in this action was filed

4  and served.

5    2.    City's response was originally due on or before March 17, 2008.

6    3.    The parties entered into a stipulation granting City a two-week extension of

7  time, up to and including, March 31, 2008, to file its response to Plaintiff's First

8  Amended Complaint.

9    4.    The parties hereby stipulate that City shall have an additional four day

10  extension of time, up to and including April 4, 2008, to file its response to Plaintiff's First

11  Amended Complaint.

12                                     Respectfully Submitted,

13  Dated: April 1, 2008               Henry E. Heater
                                       Donald R. Lincoln
14                                     Linda B. Reich
                                       ENDEMAN, LINCOLN, TUREK & HEATER LLP
15
                                       John G. Barisone
16                                     City Attorney, City of Capitola
                                       ATCHISON, BARISONE, CONDOTTI &
17                                     KOVACEVICH

18

19                                     By: _____
                                            Linda B. Reich
20                                          Attorneys for Defendant City of
                                            Capitola

21

22  Dated: April _1_, 2008             Robert Coldren
                                       C. William Dahlin
23                                     Mark Alpert
                                       HART, KING, & COLDREN
24

25
                                       By: _____
26                                          Mark Alpert
                                            Attorneys for Plaintiff Surf and Sand, LLC
27

28  I:\1280.010\Pleadings\009 Stip Ext Time to File Resp to FAC.wpd
    ─────────────────────────────────────────────────────────────
    STIPULATION EXTENDING TIME FOR DEFENDANT CITY OF CAPITOLA
    TO FILE ITS RESPONSE TO THE FIRST AMENDED COMPLAINT
                            -1-                    C07 05043 RS