**United States District Court**
For the Northern District of California

*E-FILED 4/11/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF AND SAND, LLC, | No. C 07-05043 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| CITY OF CAPITOLA, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, defendant's motion to dismiss, docket [24], noticed for hearing on May 14, 2008, shall be held on **May 21, 2008 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

This change of hearing date does *not* alter the briefing schedule. Briefing deadlines for this motion shall be calculated under the Local Civil Rules from the originally-noticed hearing date.

Dated: 4/11/08

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
          Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Mark D. Alpert    marka@hkclaw.com

Robert S. Coldren    rcoldren@hkclaw.com

C. William Dahlin    billd@hkclaw.com

Henry E. Heater    hheater@elthlaw.com, slinn@elthlaw.com

Linda B. Reich    lreich@elthlaw.com, msnider@elthlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 4/11/08

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2