Henry E. Heater (State Bar #99007)
Donald R. Lincoln (State Bar #41672)
Linda B. Reich (State Bar #87619)
Endeman, Lincoln, Turek & Heater LLP
600 "B" Street, Suite 2400
San Diego, California 92101-4508
(619) 544-0123
Fax (619) 544-9110

*E-FILED 5/9/08*

John G. Barisone (State Bar #087831)
City Attorney, City of Capitola
Atchison, Barisone, Condotti & Kovacevich
333 Church Street
Santa Cruz, California 95060-3811
(831) 423-8383
Fax (831) 423-9401

Attorneys For Defendant
City of Capitola

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF AND SAND, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>CITY OF CAPITOLA, and DOES 1 through 10, Inclusive<br><br>Defendants. | CASE NO. C07 05043<br><br>Judge: Richard Seeborg<br><br>E-FILING<br><br>COURTROOM: 3, 5th Floor<br>ACTION FILED: 10/01/07 |

STIPULATION SETTING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT; ORDER THEREON

I:\1280.010\Pleadings\014 Stip Setting Hrg Date on Motion.wpd

STIPULATION SETTING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT; ORDER THEREON
C07 05043 RS

The parties hereby stipulate that the hearing on defendant's Motion to Dismiss First Amended Complaint currently set for May 21, 2008, be moved to May 20, 2008 at 10:00 a.m.

Respectfully Submitted,

Dated: May 7, 2008

Henry E. Heater
Donald R. Lincoln
Linda B. Reich
Endeman, Lincoln, Turek & Heater LLP

John G. Barisone
City Attorney, City of Capitola
Atchison, Barisone, Condotti & Kovacevich

By: /s/ Linda Reich
Linda B. Reich
Attorneys for Defendant City of Capitola

Dated: May ___, 2008

Robert Coldren
C. William Dahlin
Mark Alpert
Hart, King, & Coldren

By:_____
Mark Alpert
Attorneys for Plaintiff Surf and Sand, LLC

I:\1280.010\Pleadings\014 Stip Setting Hrg Date on Motion.wpd

STIPULATION SETTING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT; ORDER THEREON
-1-    C07 05043 RS

1  The parties hereby stipulate that the hearing on defendant's Motion to Dismiss
2  First Amended Complaint currently set for May 21, 2008, be moved to May 20, 2008 at
3  10:00 a.m.

Respectfully Submitted,

Dated: May 7, 2008

Henry E. Heater
Donald R. Lincoln
Linda B. Reich
Endeman, Lincoln, Turek & Heater LLP

John G. Barisone
City Attorney, City of Capitola
Atchison, Barisone, Condotti & Kovacevich

By: /s/ Linda Reich
Linda B. Reich
Attorneys for Defendant City of
Capitola

Dated: May 6, 2008

Robert Coldren
C. William Dahlin
Mark Alpert
Hart, King, & Coldren

By: /s/ Mark Alpert
Mark Alpert
Attorneys for Plaintiff Surf and Sand, LLC

L:\1280.010\Pleadings\014 Stip Setting Hrg Date on Motion.wpd

STIPULATION SETTING HEARING DATE ON DEFENDANT'S MOTION TO
DISMISS FIRST AMENDED COMPLAINT; ORDER THEREON
-1-
C07 05043 RS

## ORDER

Pursuant to the parties' stipulation, the hearing on Defendant's Motion to Dismiss First Amended Complaint is moved to May 20, 2008 at 10:00 a.m.

Dated: 5/9/08

_____
Hon. Richard Seeborg, Magistrate Judge

I:\1280.010\Pleadings\014 Stip Setting Hrg Date on Motion.wpd

STIPULATION SETTING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT; ORDER THEREON
-2-
C07 05043 RS