ORIGINAL

Robert S. Coldren, Esq., Bar No. 81710
Mark D. Alpert, Esq., Bar No. 138152
Beau M. Chung, Esq., Bar No. 240451
malpert@hkclaw.com
HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 Sandpointe, Fourth Floor
Santa Ana, California 92707
Telephone: (714) 432-8700
Facsimile: (714) 546-7457

Attorneys for Plaintiff, SURF AND SAND, LLC

FILED

2008 JUN 24 P 1: 24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SURF AND SAND, LLC, a California Limited Liability Company,

Plaintiff,

v.

CITY OF CAPITOLA; and DOES 1 through 100, inclusive,

Defendants.

Case No.: C07 05043 RS

Judge: Hon. Richard Seeborg
Dept.: Ctrm. 4

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**

1st Amended Complaint
Filed: March 3, 2008
Trial Date: None Set

38019.004/4827-6246-9634v.1

NOTICE OF APPEAL - C07 05043 RS



1    Plaintiff Surf and Sand, LLC, a California limited liability company ("Plaintiff") appeals to the United States Court of Appeal for the Ninth Circuit from the Order Granting Defendant City of Capitola's Motion to Dismiss ("Order") entered in this action on May 28, 2008. The Representation Statement is attached to this notice as Exhibit "1" pursuant to FRAP 12(b), and Circuit Rules 3-2(b) & 12-2. A copy of the Order is attached to this notice as Exhibit "2".

Dated: June 23, 2008

HART, KING & COLDREN

By: _____
Robert S. Coldren
Mark D. Alpert
Beau M. Chung
Attorneys for Plaintiff
SURF AND SAND, LLC