# REPRESENTATION STATEMENT

Robert S. Coldren, Esq.
Mark D. Alpert, Esq.
Beau M. Chung, Esq.
Hart, King & Coldren
200 Sandpointe, Fourth Floor
Santa Ana, CA  92707
TEL: (714) 432-8700
FAX: (714) 546-7457

*Attorneys for Appellant Surf and Sand, LLC, a California Limited Liability Company*

John G. Barisone, Esq.
Atchison, Barisone, Condotti & Kovacevich
333 Church Street
Santa Cruz, CA  95060
TEL: (831) 423-8383
FAX: (831) 423-9401

*Attorneys for Appellee City Capitola*

Henry Heater, Esq.
Linda Reich, Esq.
ENDEMAN, LINCOLN, TUREK & HEATER
600 "B" Street, Suite 2400
San Diego, CA  92101-4508
TEL: (619) 544-0123
FAX: (619) 544-9110

*Attorneys for Appellee City Capitola*

Respectively submitted,

Robert S. Coldren
Mark D. Alpert
Beau M. Chung
Hart, King & Coldren

By: _____
Beau M. Chung
Attorneys for Appellant Surf and Sand,
LLC, a California Limited Liability
Company

HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

38019.004/4851-4385-1778v.1